# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY KIMERY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUAID HARLEY-DAVIDSON, INC,<br><br>Defendant. | Case No. 5:21-cv-02067-JGB-KK<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims of the Plaintiff, with each party bearing that party's own attorney's fees and costs. The case is dismissed WITHOUT PREJUDICE as to all claims of the putative class members. The Clerk is directed to close the file.

Dated: August 16, 2023

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE